Square Coal Corporation v. Sarah Insel et al.— Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

Charles Moore, Individually and as President of Compressed Air, Foundation, Caisson, Tunnel, Subway, Sewer, Cofferdam Construction Local No. 147 of New York, New Jersey States and Vicinities, et al. v. Joseph V. Moreschi, Individually and as President of International Hod Carriers Building and Common Laborers' Union of America, et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Homer P. Hand v. Henry B. Boland et al., Individually and Doing Business as H. B. Boland & Company.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Joseph D. Sylvester v. R. H. Macy & Co., Inc., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (February 19, 1943.)

Fred S. Radnitz, Appellant, v. Electric Power & Light Corporation, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration Between Harry Carl, Respondent, and Isidore Rosenberg et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York, Respondent, v. Salvatore Oddo, Defendant, and Dominic Mundo, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Mozes Fuss, Appellant, v. Juda Kronengold, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

In the Matter of the Accounting of Lewis H. May et al., as Executors of Alexander H. Fraser, Deceased. Georgette G. Fraser, as Executrix of Alexander H. Fraser, Deceased, Appellant; Lewis H. May, Individually, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Jack Tobin, Respondent, v. Ariel Holding Corporation et al., Individually and as Trustees of Henrietta J. Simonds, Deceased, Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

In the Matter of Anna Poretz, as Administratix of the Estate of Abraham Poretz, Deceased, Appellant. Poretz Bros. Inc., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Gussie Notowitz et al., Appellants, v. Sarah Shein, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.